IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CR. NO. 05-20424-01-Ma |
| ) | |
| WILLIE ANDRA WOODS, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON GUILTY PLEA**

This cause came on to be heard on December 2, 2005, the United States Attorney for this district appearing for the Government and the defendant, Willie Andra Woods, appearing in person and with retained counsel, Mr. James Marty.

With leave of the Court, the defendant entered a plea of guilty to Counts 1 through 39 of the Information. Plea colloquy was held and the Court accepted the guilty plea.

Sentencing in this matter is set for **Friday, March 10, 2006 at 2:00 p.m.**

The defendant may remain on his present bond pending sentencing.

**ENTERED** this the 5th day of December, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 12-13-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CR-20424 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

---

James O. Marty
LAW OFFICE OF JAMES MARTY
245 Exchange Ave.
Memphis, TN 38105

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT